a

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| CECIL LESHAUN FUNCHES #17704-003, <br> Plaintiff | CIVIL DOCKET NO. 1:24-CV-00527 <br> SEC P |
| VERSUS | JUDGE EDWARDS |
| USA ET AL, <br> Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the Court is a Complaint filed by pro se Plaintiff Cecil Leshaun Funches ("Funches"). ECF No. 1. Funches is incarcerated at the Federal Correctional Institution in Pollock, Louisiana ("FCI-P"). He seeks damages under *Bivens*[1] and the Federal Tort Claims Act ("FTCA") related to dental care.

Because additional information is needed to evaluate the Complaint, Funches must AMEND.

### I.      Background

Funches alleges that he was prescribed medication for a tooth abscess and cellulitis between June 22, 2021, and March 17, 2022. ECF No. 1 at 3-4. During that time, he was often "denied access to the pill line" to pick up his medication. He also alleges malpractice by Dr. Flowers.

---

[1] [1]In *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), the United Sates Supreme Court recognized that certain circumstances may give rise to a private cause of action against federal officials that is comparable to the statutory cause of action permitted against state officials by 42 U.S.C. § 1983.

II.      Law and Analysis

Funches filed a tort claim with the Bureau of Prisons on October 15, 2023.  ECF

No. 1-2 at 1.  A response was expected by April 14, 2024.  *Id.*   The record does not

provide whether Funches has received a response to his tort claim, or whether it

remains outstanding.

III.     Conclusion

IT IS ORDERED that Funches AMEND the Complaint to state whether he has

received a response to his tort claim and to provide a copy of any response he received.

SIGNED on Friday, July 26, 2024.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE