AMENDED COMPLAINT

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 5 2024 (amdcmp.)

DANIEL J. McCOY, CLERK

BY:_____

*(Rev. 12/8/2020)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA _____ DIVISION

Cecil Funches

_____
Plaintiff

Prisoner # 17704-003
_____

United States vs
LT RENAE, CO J.JONES, C.O E.BIRD, and
DDS JOE FLOWERS, Mrs Mitchell, Mrs
Bias et,al
_____
Defendant

Civil Action No. 1:24-CV-00527 SEC. P

Judge     EDWARDS
_____

Magistrate Judge     PEREZ-MONTES
_____

**COMPLAINT**
**BY PRISONER UNDER 28 U.S.C. § 1331 OR BIVENS V. SIX UNKNOWN NAMED**
**AGENTS OF THE FEDERAL BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

I.     **Previous Lawsuits**

a.     Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes _____     No   X   _____

b.     If your answer to the preceding question is "Yes," provide the following information.

1.     State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.     Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.     Docket number(s): _____

4.     Date(s) on which each lawsuit was filed: _____

5.     Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 12/8/2020)*

c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____    No _____

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.    **Name of institution and address of current place of confinement:**

Pollock Federal Correctional Complex-1000 Airbase Road, Pollock Louisiana

b.    Is there a prison grievance procedure in this institution?

Yes _X_    No _____

1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes _X_    No _____

2.    If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?) I HAVE FILED A FTCA CLAIM WITH NO:TRT-SCR-2024-00800. THERE WAS NO RESPONSE TO THE TORT CLAIM AND IS NOW OUTSTANDING. I ALSO HAVE FILED ADMINISTRATIVE REMEDIES FOR: (1)-DENIAL OF MEDICAL CARE and (2)-Staff Misconduct for staff not allowing me to go get my meds

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

a.    Plaintiff,    Cecil Funches#17704-003

Address    Pollock FCI Med, PO BOX 4050, Pollock Louisiana 71467

*(Rev. 12/8/2020)*

b.  Defendant, _____ LT. RENAE _____ , is employed as

BOP LIEUTENANT _____ at Pollock FCI 1000 Airbase Road, Pollock La

Defendant, _____ CO J.JONES _____ , is employed as

a Custody Officer _____ at Pollock FCI,1000Airbase Road, Pollock La 71467

Defendant, _____ CO E.BIRD _____ , is employed as

CO E.BIRD _____ at Pollock FCI, 1000Airbase Road,Pollock Louisiana

Additional defendants, _____ Miss Gray,Ms Thompson,Mrs Bartley,Mr Velotta

Ms Frugee and Mrs Nugent

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Miss Mitchell, Miss Bias, Miss Gray, Miss Thompson, Miss Bartley, Mr B Velotta, Miss Frugee and Miss Nugent were alerted by me that I needed more pills to stem the sharp pain and tenderness from swelling that the diseased hard tissue of my mouth had caused. I needed medicine to stem the infection and pain. I had enough pills to last 4 or 5 days at most and 3 days at the least. These pills were Ibuprofen 800 MG. The pills for the infection in my mouth were Amoxicillin 500 MG for 10 days. These pills would help relieve the infection and swelling in my mouth so I could eat and drink fluids for the duration of my infection. The Bureau of Prisons Health Services Medication Summary shows that start of prescription and expiration of prescription would sometimes span 1 week to 10 days without medicine. These lapses in medication would cause sever pain, swelling,lack of sleep,hunger and dehydration due to the swelling of my jaw and gums that then caused my jaw to lock up and not being able to eat, drink and sleep for cont.....

## V. Relief

STATEMENT OF CLAIM CONTINUATION

hours at a time. The intentional denial of medication with the knowledge that I needed it and all were able to give me medication for my suffering constitute the unnecessary and wanton infliction of pain prescribed by the Eigth Amendment and devieation of the standard of care which constituted medical malpractice. The dates which the incidents of me being denied the appropiate amount of prescribed medication were between June 22,2021 through March 17,2022.

Lt Renae, CO J.Jones and CO E.Bird interferred with medical treatment that had been prescribed by DDS Joe Flowers. DDS Joe Flowers prescribed me everytime 800 MG Ibuprofen and 500MG Amoxicillin for refills. When I would try to go and get my medication  multiple times between the months of June 22nd,2021 through March 17th,2022 the above mentioned defendants denied access to pill line to pick up my medication prescribed by DDS Joe Flowers. This denial of my prescribed medication was intentional as to inflict wanton punishment and violates the Eigth Amendment.  Lt Renae in June, July, August and September of 2021  committed these acts. CO E.Bird between June,July,August and September committed the above mentioned acts. CO J.Jones between October, November and December denied me multiple times from going to pill line to pick up my prescribed meds. On November 12,2021 between 8:50-9:00 I was assaulted by CO J.Jones and told I was lying about after he pushed me.

On March 18th,2021 I arrived at Pollock FCI and had my initial Dental intake screening. Dental Supervisor Joe Flowers DDS Instructed me how to obtain Emergency Dental care. On June 17th,2021 I initiated a emergency dental care request due to wisdom tooth#32 being diseased of the hard tissue, Cellu litis and Abscess of the mouth and tooth eruption. I was supposed to have been placed on a list to see a oral surgeon consult to have my Dental care taken care of. This was supposed to have been done by DDS Joe Flowers. On July 8th,2021 the Warden had to request medical staff to treat me immed-iately. Medical staff noted that I was supposed to be on a list to see Oral Surgeon but there was no oral surgeon consult active. On June 22nd,2021 DDS Joe Flowers claimed to have reffered me to the oral surgeon for extraction of tooth#32 due to the range of difficulty being out of his scope because the apex of tooth #32 is very close to the nerve and artery.

2

STATEMENT OF CLAIM CONTINUATION

DDS Joe Flowers failed to prescribe the appropiate amount of medication so that the plaintiffs jaw and mouth would n't lock up due to the swelling of the soft tissue, hard tiisue and cellutitis of the mouth which was diseased. The plaintiff shouldve been prescribed an automatic refill during the duration of waiting for the emergency surgery from June 21st,2021 through March 16th,2022. DDS Joe Flowers actually knew of the plaintiffs dental health and disregarded the risk to the detriment of the plaintiff. He showed deliberate indifference and violated the Eigth Amendment. DDS Joe Flowers committed medical malpractice when he failed to send me out for emergency dental surgery to remove tooth# 32 that without care would cause rapid deterioartion and irreversable function due to the fact that I couldn't eat, drink or sleep due to the pain and swelling of my jaw shut w/out medication would be life threatening. DDS Joe Flowers committed medical malpractice when he failed to schedule a oral consult for me and said oral consult had to be scheduled on 8/20/2021. DDS Joe Flowers committed medical malpractice when he failed to prescribe and or consider a special diet when he became aware that I couldn't eat, sleep or drink and became dehydrated due to swelling in my jaw when my medication prescriptions would run out and I would have to wait days and weeks at times to get my prescription's filled between June 2021 and March 2022.

3

*(Rev. 12/8/2020)*

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

1) Grant the plaintiff a Jury Trial, (2)- Grant the plaintiff a punitive award against all of the defendant's in their official capacity in the amount of $25,000 each and a compensatory award in the amount of $250,000.00 each, (3)-Grant the plaintiff a award in the amount of $5,000,000.00 against the United States for the Administrative Tort Claim and (4)-Order the repayment of all of the plaintiff's filing fees and attorney fees.

**VI.  Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___8___ day of __AUGUST__ , 20 __24__.

___#17704003___                    ___(signature)___

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**

Page 4 of 4