UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CECIL LESHAUN FUNCHES #17704-003** | **CASE NO. 1:24-CV-00527 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **USA ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims against all Defendants are **DENIED** and **DISMISSED WITH PREJUDICE,** except the tort claim against the United States of America.

**THUS DONE AND SIGNED** this 13th day of December, 2024, in Alexandria, Louisiana.

_____
**JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE**