UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CECIL LESHAUN FUNCHES | CASE NO.  1:24-CV-00527 SEC P |
| VERSUS | JUDGE EDWARDS |
| USA | MAGISTRATE JUDGE PEREZ-MONTES |

JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 31), and having thoroughly reviewed the record, including the written objections (R. Doc. 35), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (R. Doc. 25) is **GRANTED**, and this civil action is **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 13th day of January, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE